UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAYARTO PERKINS,

      Plaintiff,

v.                                         Case No. 2:03-cv-205
                                         HON. ROBERT HOLMES BELL

PATRICIA CARUSO, et al.,

      Defendants.
_____/

## **OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S**

## **REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff's assertion that the Report and Recommendation failed to consider his affidavit and evidence is inaccurate. The Report and Recommendation clearly discussed plaintiff's affidavits and evidentiary support for his asserted claims. Moreover, the Report and Recommendation considered plaintiff's new evidence and factual claims which plaintiff presented for the first time in responding to defendants' motion for summary judgment. However, plaintiff failed to show that defendants were deliberately indifferent to his medical needs or asserted need to be free from ETS exposure. Nor has plaintiff shown that he needs to be placed in a smoke free environment due to a pre-existing medical condition.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

The court must next decide whether an appeal of this action would be in good faith within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). For the same reasons that the court grants defendants' motion for summary judgment, the court discerns no good-faith basis for an appeal. Should the plaintiff appeal this decision, the court will assess the $255 appellate filing fee pursuant to § 1915(b)(1), *see McGore*, 114 F.3d at 610-11, unless plaintiff is barred from proceeding *in forma pauperis*, e.g., by the "three-strikes" rule of § 1915(g). If he is barred, he will be required to pay the $255 appellate filing fee in one lump sum.

Date:   August 30, 2005             /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE